No. 961. Vilella et al. *v.* Vilella et al.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción para desestimar la apelación. Resuelto en marzo 12, 1913. Sin lugar la moción por no constar en forma alguna si en el pre-

sente caso ha habido o nó pliego de excepciones o exposición del caso, desde cuya aprobación, si la ha habido, es que debe contarse el término para presentar el récord de la apelación en esta corte, sin perjuicio de que pueda volverse a presentar la moción en forma debida.  Abogado de la parte promovente: *Sr. Carlos Franco Soto.*  Abogado de la parte contraria: *Sr. Rafael López Landrón.*